# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ALLAN GOODSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BRADSHAW CHEVROLET COMPANY, a Utah domestic profit corporation,<br><br>    Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No.: 4:21-cv-00078-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on the parties' Stipulation for Dismissal with Prejudice ("Stipulation")[1] and for good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint, and all claims contained therein against Defendant, is hereby dismissed with prejudice; all parties shall bear their own costs and attorneys' fees.

Signed February 21, 2023.

*[signature]*

David Nuffer
United States District Judge

---

[1] Docket no. 34, filed February 14, 2023.